## CITY OF NORWICH ET AL. *v.* NORWALK WILBERT VAULT CO.

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 332, is granted, with limitation.

*Mary E. Holzworth,* in support of the petition.

*Brian R. Smith,* in opposition.

Decided July 23, 1987

## STATE OF CONNECTICUT *v.* GERALD IGNATOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 709, is denied.

*Donald D. Dakers,* public defender, in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided July 23, 1987

## STATE OF CONNECTICUT *v.* FRANK X. LO SACCO

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 24, is denied.

*Frank X. Lo Sacco,* pro se, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided July 23, 1987